UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-CV-80471 - DMM

UNITED STATE OF AMERICA,

    Plaintiff,

vs.

JAY D. PALMER,

    Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Jay D. Palmer ("Defendant"), by and through undersigned counsel, hereby files his answer and affirmative defenses to the complaint filed by United States of America ("Plaintiff") and states:

1. Defendant admits the allegations of paragraph 1 of the complaint.

2. Defendant admits the allegation of paragraph 2 of the complaint.

3. Defendant denies the allegations of paragraph 3 of the complaint and the contents of Exhibit "A" referenced thereto and otherwise attached to the complaint, and demands strict proof thereof.

4. Defendant admits the allegations of paragraph 4 of the complaint only to the extent that on March 13, 2014, Plaintiff's counsel demanded payment of $44,541.88. Defendant denies that this amount, or any amount, is due and owing as a result of any non-payment or breach of the subject loan. Defendant further states that any and all payments that were or have come due have been paid to Plaintiff and that no default in the

subject loan has resulted. Accordingly, Defendant demands strict proof of the allegations made by Plaintiff in this paragraph.

## AFFIRMATIVE DEFENSES

5.  <u>Payment</u>. As his First Affirmative Defense, Defendant states that any and all payments due and owing under the subject loan have been timely paid to and accepted by Plaintiff.

6.  <u>Estoppel</u>. As his Second Affirmative Defense, Defendant states that Plaintiff is estopped from asserting a breach of subject loan, as any and all payments due and owing under the subject loan have been timely paid to and accepted by Plaintiff.

7.  <u>Waiver</u>. As his Third Affirmative Defense, Defendant states that Plaintiff has waived any right, clam or action based upon a purported breach of subject loan, as any and all payments due and owing under the subject loan have been paid to and accepted by Plaintiff.

GENE D. LIPSCHER, P.A.
Counsel for Defendant
1025 West Indiantown Road, Suite 106
Jupiter, Florida 33458
(561) 747-4848/(561) 747-4410 Fax

By:/s/ Gene D. Lipscher
    GENE D. LIPSCHER
    FBN: 904228
    lipscher@gmail.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF and Email to: Steven M. Davis, Esquire, Attorneys for Plaintiff, 121 Alhambra Plaza, 10th Floor, Coral Gables, FL 33134, this 16th day of May, 2017.

GENE D. LIPSCHER, P.A.
Counsel for Defendant
1025 West Indiantown Road, Suite 106
Jupiter, Florida 33458
(561) 747-4848/(561) 747-4410 Fax

By:/s/ Gene D. Lipscher
 GENE D. LIPSCHER
 FBN: 904228
 lipscher@gmail.com